# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, | CASE NO. 1:06-CV-01426-OWW-DLB PC |
| Plaintiff, | ORDER DIRECTING SERVICE OF SUBPOENA ON WITNESS **REJENDA DWIVIDE** BY THE UNITED STATE MARSHAL WITHOUT PREPAYMENT OF COSTS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this civil rights action. Plaintiff has submitted the required money orders made payable to the witness **Rejenda Dwivide** being commanded to appear at trial on August 23, 2011.  The Court will use the address provided by Plaintiff. *See* Doc. 49.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued subpoena to be served on **Rejenda Dwivide**;

    (2) One completed USM-285 form;

    (3) One money order #14-231840680 in the amount of $95.50, made payable to **Rejenda Dwivide;** and

    (4) One copy of this order for **Rejenda Dwivide**, plus an extra copy for the Marshal.

1

2. Within **TEN** days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on **Rejenda Dwivide** in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon **Rejenda Dwivide** pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

**Dated:**   **January 13, 2011**             /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE