**IN THE UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, | 1:06-CV-01426-OWW-DLB PC |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Jonathan A. Shapiro has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Jonathan A. Shapiro is appointed as counsel in the above entitled matter.

2. Jonathan A. Shapiro shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

1       3.   The Clerk of the Court is directed to serve a copy of this order upon Jonathan A. Shapiro, Wilmer Cutler Pickering Hale & Dorr, LLP, 950 Page Mill Road, Palo Alto, California 94304.

IT IS SO ORDERED.

**Dated:   March 29, 2011**                            **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE