1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  STEVEN M. GEVERCER, State Bar No. 112790
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE GUESS, State Bar No.
   186186
4  Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 445-8216
     Fax:  (916) 322-8288
7    E-mail:  Catherine.Woodbridge@doj.ca.gov
   *Attorneys for Defendant Drs. Attygalla and Shen*
8

9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11                            FRESNO DIVISION

12

13
   | | |
   |---|---|
   | **CARLOS QUIROZ,** | 1:06-cv-01426 OWW DLB (PC) |
   | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE FROM JANUARY 24, 2012 TO MARCH 6, 2012** |
   | v. | |
   | **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Trial Date:  January 24, 2012<br>Action Filed:   October 16, 2006 |
   | Defendants. | |

21        The parties hereto stipulate and agree as follows:

22        1.    On June 24, 2011, the Court granted Plaintiff's motion to amend scheduling order and

23  scheduled a new trial date of January 24, 2012.

24        2.    Defendant Dr. Shen will be out of the country and unavailable for trial on January 24,

25  2012.

26        3.    The parties seek to vacate the January 24, 2012 trial date and proceed to trial on

27  March 6, 2012.

28  / / /

                                          1

1  Dated:  July 30, 2011

2

3                                                              /s/ Matthew D. Benedetto
                                                              MATTHEW D. BENEDETTO
                                                              WILMER HALE
4                                                              *Attorneys for Plaintiff*

5

6
   Dated:  June 29, 2011                              KAMALA D. HARRIS
7                                                              Attorney General of California
                                                              STEVEN M. GEVERCER
8                                                              Supervising Deputy Attorney General

9

10
                                                              /s/ Catherine Woodbridge Guess
11                                                             CATHERINE WOODBRIDGE GUESS
                                                              Deputy Attorney General
12                                                             *Attorneys for Defendants*

13

14         FOR GOOD CAUSE APPEARING

15         IT IS HEREBY ORDERED THAT the trial date of January 24, 2012 is vacated.  The

16  matter is now set for trial on March 6, 2012 at 9:00 a.m. in Courtroom 3 before Judge Oliver

17  Wanger.

18
   IT IS SO ORDERED.
19

20     Dated:   **July 1, 2011**                         **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
                                             2

                   Stipulation and Order re Trial  (1:06-cv-01426 OWW DLB (PC))