# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, | CASE NO. 1:06-CV-01426-OWW-DLB PC |
| Plaintiff, | ORDER VACATING SUBPOENAS FOR ROGER LOW AND REJENDA DWIVIDE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Carlos Quiroz ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding against Defendants Attygalla and Shen for violation of the Eighth Amendment.

On January 13, 2011, the Court issued an order directing the United States Marshals Service to serve Drs. Rejenda Dwivide and Roger Low with subpoenas and money orders for attendance at trial on August 23, 2011. That trial date has now been vacated. The subpoenas are thus unnecessary.[1]

Based on the foregoing, it is HEREBY ORDERED that:

1. The subpoenas for doctors Rejenda Dwivide and Roger Low to appear before the

---

[1] Pursuant to 28 U.S.C. § 1821, Drs. Low and Dwivide were also served with money orders for purposes of appearing before the Court on August 23, 2011 as witnesses for trial in this action. Because these witnesses are no longer needed for an August 23, 2011 trial, the money orders are no longer necessary and need not have been issued.

1

1        Court on August 23, 2011 are VACATED; and

2    2.   The Clerk of the Court is directed to serve this order by mail on doctors Rejenda Dwivide and Roger Low, using the addresses listed on the certificates of service (Docs. 73 and 78).

IT IS SO ORDERED.

**Dated:   August 3, 2011**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE