# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, | CASE NO. 1:06-CV-01426-OWW-DLB PC |
| Plaintiff, | ORDER REQUIRING WITNESSES TO RETURN MONEY ORDERS TO PLAINTIFF'S COUNSEL |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (DOC. 87) |
| | THIRTY DAY DEADLINE |
| Defendants. | |
| _____/ | |

Plaintiff Carlos Quiroz ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding against Defendants Attygalla and Shen for violation of the Eighth Amendment.

On January 13, 2011, the Court issued an order directing the United States Marshals Service to serve Drs. Rejenda Dwivide and Roger Low with subpoenas and money orders for attendance at trial on August 23, 2011. That trial date has now been vacated. The subpoenas were thus unnecessary, and vacated. Pursuant to 28 U.S.C. § 1821, Drs. Low and Dwivide were also served with money orders for purposes of appearing before the Court on August 23, 2011 as witnesses for trial in this action. Because these witnesses are no longer needed for an August 23, 2011 trial, the money orders are no longer necessary and need not have been issued. The Court will order Drs. Low and Dwivide to return the money orders to Plaintiff's counsel. Plaintiff's counsel will hold these money orders in trust for Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. Doctors Rejenda Dwivide and Roger Low are to return the money orders that they received pursuant to 28 U.S.C. § 1821 as fees for appearing as witnesses for trial in this action, within thirty (30) days from the date of service of this order;

2. Doctors Dwivide and Low are to mail the money orders to the following address:

   Jonathan Acker Shapiro
   Wilmer Cutler Pickering Hale and Dorr, LLP
   950 Page Mill Road
   Palo Alto, CA 94304

3. Plaintiff's counsel is to retain these money orders in trust for Plaintiff; and

4. The Clerk of the Court is directed to serve this order by mail on doctors Dwivide and Low using the addresses listed on the certificates of service (Docs. 73 and 78).

IT IS SO ORDERED.

Dated:   **August 12, 2011**            **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE