IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARLOS QUIROZ** | CASE: **1:06−CV−01426−AWI −DLB** |
| vs. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.** | ORDER OF REASSIGNMENT |

_____/

The court, having received the notice of full retirement of **Senior Judge Oliver W. Wanger** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Oliver W. Wanger** to **Chief Judge Anthony W. Ishii** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:

**1:06−CV−01426−AWI −DLB**

All dates currently set in this reassigned action shall remain effective subject to further order of the court.

DATED: September 2, 2011

_____
**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE