JONATHAN A. SHAPIRO (257199)
MATTHEW D. BENEDETTO (252379)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6000
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com
matthew.benedetto@wilmerhale.com

Attorneys for Plaintiff
CARLOS QUIROZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CARLOS QUIROZ,<br><br>             Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>             Defendants. | Case No. 1:06-CV-01426-OWW-DLB (PC)<br><br>**NOTICE OF APPEARANCE OF KATIE MORAN, ESQ.** |

TO THE UNITED STATES DISTRICT COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT the undersigned counsel, Katie Moran, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters her appearance as counsel in the above-styled and numbered cause on behalf of Plaintiff Carlos Quiroz.

Dated: January 6, 2012                           WILMER CUTLER PICKERING
                                                                   HALE & DORR LLP

                                                                   By:     /s/ Katie Moran
                                                                               Katie Moran

                                                                   Attorneys for Plaintiff
                                                                   CARLOS QUIROZ