JONATHAN A. SHAPIRO (257199)
MATTHEW D. BENEDETTO (252379)
KATHLEEN MORAN (272041)
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 858-6000
Fax:  (650) 858-6100
jonathan.shapiro@wilmerhale.com
matthew.benedetto@wilmerhale.com
katie.moran@wilmerhale.com

Attorneys for Plaintiff
CARLOS QUIROZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CARLOS QUIROZ, | Case No. 1:06-CV-01426-AWI-DLB (PC) |
| Plaintiff, | **NOTICE OF TENTATIVE SETTLEMENT** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al. | Pretrial Conference: February 1, 2012<br>Trial Date:  March 6, 2012<br>Action Filed:  October 16, 2006 |
| Defendants. | |

The parties agree that a tentative settlement has been reached in the above-captioned action and seek 40 days in which to file dispositional documents in accordance with Local Rule 160.

Dated: January 27, 2012              Respectfully submitted,

                                     WILMER CUTLER PICKERING
                                         HALE & DORR LLP

                                     By:      /s/Matthew D. Benedetto

                                          Matthew D. Benedetto
                                          Attorneys for Plaintiff
                                          CARLOS QUIROZ

1
**NOTICE OF TENTATIVE SETTLEMENT  (CASE NO. 1:06-CV-01426-AWI-DLB (PC))**

**CERTIFICATE OF SERVICE**

Case Name: <u>**Carlos Quiroz v. CDCR, et al.**</u>          No. <u>**1:06-cv-01426 AWI DLB (PC)**</u>

I hereby certify that on <u>January 27, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF TENTATIVE SETTLEMENT**

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>January 27, 2012</u>, at Los Angeles, California.

|   Matthew D. Benedetto   |   /s/ Matthew D. Benedetto   |
|   Declarant   |   Signature   |