# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ, | CASE NO. 1:06-CV-01426-AWI-DLB PC |
| Plaintiff, | ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING PURSUANT TO NOTICE OF SETTLEMENT |
| v. | |
| DOCTOR SHEN, et al., | |
| Defendants. | |

On January 27, 2012, Plaintiff Carlos Quiroz ("Plaintiff"), formerly in the custody of the California Department of Corrections and Rehabilitation, filed a notice of settlement. Doc. 101. The parties have agreed to a tentative settlement and request 40 days to file dispositional documents pursuant to Local Rule 160. This matter is currently set for telephonic trial confirmation hearing on February 1, 2012, and jury trial on March 6, 2012. Pursuant to the parties' notice, it is HEREBY ORDERED that:

1. The telephonic trial confirmation hearing set for February 1, 2012, at 8:30 a.m. before Chief United States District Judge Anthony W. Ishii is vacated; and
2. The parties are required to file dispositional documents pursuant to Local Rule 160. Trial date remains March 6, 2012.

IT IS SO ORDERED.

Dated: January 30, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1