1  JONATHAN A. SHAPIRO (257199)
   MATTHEW D. BENEDETTO (252379)
2  KATHLEEN MORAN (272041)
   WILMER CUTLER PICKERING HALE AND DORR LLP
3  950 Page Mill Road
   Palo Alto, CA 94304
4  Tel:   (650) 858-6000
   Fax:   (650) 858-6100
5  jonathan.shapiro@wilmerhale.com
   matthew.benedetto@wilmerhale.com
6  katie.moran@wilmerhale.com

7  Attorneys for Plaintiff
   CARLOS QUIROZ
8

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                         FRESNO DIVISION

12  CARLOS QUIROZ,                  ) Case No. 1:06-CV-01426-AWI-DLB (PC)
                                    )
13          Plaintiff,               )
                                    ) NOTICE OF VOLUNTARY DISMISSAL
14      vs.                         )
                                    )
15  CALIFORNIA DEPARTMENT OF        ) Trial Date:    March 6, 2012
    CORRECTIONS AND REHABILITATION, ) Action Filed:  October 16, 2006
16  et al.                          )
                                    )
17          Defendants.              )
                                    )
18

19

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                    1
NOTICE OF VOLUNTARY DISMISSAL (CASE NO. 1:06-CV-01426-AWI-DLB (PC))

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

PLEASE TAKE NOTICE that, given that the parties have reached a settlement in the above-captioned action, Plaintiff, by and through his undersigned counsel, hereby voluntarily dismisses his Complaint in its entirety against the Defendants, without prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 6, 2012

Respectfully submitted,

WILMER CUTLER PICKERING
HALE & DORR LLP

By:  /s/Matthew D. Benedetto
Matthew D. Benedetto
Attorneys for Plaintiff
CARLOS QUIROZ

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General

By:  /s/ Catherine Woodbridge Guess
Catherine Woodbridge Guess
Deputy Attorney General
Attorneys for Defendants
Drs. Shen and Attygalla

# CERTIFICATE OF SERVICE

Case Name: <u>**Carlos Quiroz v. CDCR, et al.**</u>          No. <u>**1:06-cv-01426 AWI DLB (PC)**</u>

I hereby certify that on <u>February 6, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL**

Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on <u>February 6, 2012</u>, at Los Angeles, California.

<u>    Matthew D. Benedetto    </u>          <u>    /s/ Matthew D. Benedetto    </u>
    Declarant                                              Signature