# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUIROZ,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-CV-01426-AWI-DLB PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE ACTION PURSUANT TO PARTIES' STIPULATION OF VOLUNTARY DISMISSAL (DOC. 102) |

Plaintiff Carlos Quiroz ("Plaintiff") was formerly a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendants Attygalla and Shen for violation of the Eighth Amendment.  On February 15, 2012, the parties filed a stipulation of voluntary dismissal of this action.  An action may be dismissed by a stipulation of dismissal signed by all parties who have appeared.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Pursuant to this stipulation, the Court HEREBY ORDERS the Clerk of the Court to close this action.   Each party shall bear its own costs and fees.

IT IS SO ORDERED.

Dated:   February 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1